INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS OF CALIFORNIA, INC., a California non-profit religious corporation; Emil Beca, one of its individual members, Plaintiffs–Appellants,

v.

CITY OF LOS ANGELES, a California municipal corporation; Stephen Yee, Defendants–Appellees.

No. 06–56660.

United States Court of Appeals, Ninth Circuit.

April 16, 2014.

David M. Liberman, Los Angeles, CA, for Plaintiffs–Appellants.

John M. Werlich, Law Offices of John M. Werlich, Westlake Village, CA, for Defendants–Appellees.

Before PREGERSON, TROTT, and PAEZ, Circuit Judges.

### ORDER

The April 7, 2014 Order & Memorandum is WITHDRAWN. Thus, the April 7, 2014 Mandate is RECALLED. We will continue to withhold submission of this case pending final resolution of proceedings in *International Society for Krishna Consciousness of California, Inc. v. City of Los Angeles*, No. 12–56621.